IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

```
                                  :
RAHIM R. CALDWELL,                :
                                  :
                 Plaintiff,       :    Civil No. 08-5916 (RMB/AMD)
                                  :
         v.                       :
                                  :
PLEASANTVILLE POLICE, et al.,     :
                                  :
                 Defendants.      :
_____  :
                                  :
RAHIM R. CALDWELL,                :
                                  :
                 Plaintiff,       :    Civil No. 08-5918 (RMB/KMW)
                                  :
         v.                       :
                                  :
CFG, et al.,                   :
                                  :
                 Defendants.      :
_____  :
                                  :
RAHIM CALDWELL,                   :
                                  :    Civil No. 08-5920 (RMB/AMD)
                 Plaintiff,       :
                                  :
       v.                         :
                                  :
THOMAS PERROTTI, et al.,          :
                                  :
                 Defendants.      :
_____  :
                                  :
RAHIM R. CALDWELL,                :
                                  :
                 Plaintiff,       :    Civil No. 08-5921 (RMB/JS)
                                  :
         v.                       :
                                  :
BRIDGETON POLICE DEPARTMENT,      :    ORDER
et al.,                           :
                                  :
                 Defendants.      :
_____  :
```

THIS MATTER comes before the Court upon its own motion; and

IT APPEARING THAT on September 30, 2010, Plaintiff Rahim

Caldwell appeared before the Honorable Karen M. Williams, United

1

States Magistrate Judge, in Civil Action No. 08-5918.  During that proceeding, Plaintiff was advised to appear before the Judge on November 17, 2010.  Judge Williams memorialized her Order directing the Plaintiff to appear on November 17, 2010. Plaintiff Caldwell failed to appear on that date. [Dkt. No. 55].

On October 28, 2010, this Court entered an Order setting various matters down for oral argument.  <u>See</u> Civil Action Nos. 08-5916 [Dkt. No. 20], 08-5918 [Dkt. No. 61], 08-5920 [Dkt. No. 20], and 08-5921 [Dkt. No. 45].  Pursuant to the Court's Order, the Court directed the Plaintiff to contact the Court's Deputy Clerk by November 15, 2010 to confirm his appearance at oral argument.  Plaintiff failed to contact the Court's Deputy Clerk, as ordered.  Moreover, the Court is unable to contact the Plaintiff.  He has declined to provide a telephone number where he may be reached.

In light of the Plaintiff's failures to abide by the Courts' Orders, it appears that the Plaintiff no longer desires to prosecute his pending cases.

Accordingly, IT IS ON THIS **17th** day of **November 2010**, **ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** Civil Action Nos. 08-5916, 08-5918, 08-5920, and 08-5921 until further Order of the Court; and

IT IS FURTHER **ORDERED** that should Plaintiff desire to prosecute the foregoing cases, he shall advise the Court in

writing.  Plaintiff's correspondence shall also explain his failure to abide by the Courts' Orders; and

IT IS FURTHER **ORDERED** that in the event any of these actions are pending for more than 120 days without any proceedings having been taken therein, that is, by February 14, 2011, such action will be dismissed pursuant to Local Civil R. 41.1; and

IT IS FURTHER **ORDERED** that the oral argument scheduled for November 30, 2010, is cancelled.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge